ABRAM & MEELL, P.A.
ATTORNEYS AT LAW
2020 NORTH CENTRAL AVENUE, SUITE 690
PHOENIX, ARIZONA 85004
(602) 254-7041

Gregory J. Meell, State Bar No. 012526
gmeell@abrammeell.com
Attorneys for Plaintiff
Gregory J. Meell, State Bar No. 012526

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FLP, LLC<br><br>      Plaintiff,<br><br>vs.<br><br>99 Cents Only Stores, LLC<br><br>      Defendant | No.<br><br>**SUMMONS** |

TO THE ABOVE NAMED DEFENDANT: 99 CENTS ONLY STORES, LLC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are

   Gregory J. Meell
   Abram & Meell, P.A.
   2020 North Central Avenue, Suite 690
   Phoenix, AZ  85004
   Telephone:  (602) 254-7041

00141707.DOC

1  If you fail to do so, judgment by default will be taken against you for the relief demanded
2  in the Complaint.
3
4  _____          _____
   Clerk of the Court                                Date
5  _____
   Deputy Clerk
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26